UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM McKOBY,

                         Plaintiff,

        v.

GOVERNOR JAY ROBERT INSLEE, et
al.,

                         Defendants.

CASE NO. 2:18-cv-1079 JCC

**ORDER GRANTING
APPLICATION TO PROCEED IN
FORMA PAUPERIS**

        Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28

U.S.C § 1915(a)(1).  The Court recommends the complaint be reviewed under 28 U.S.C. §

1915(e)(2)(B) before issuance of summons.

        The Clerk shall provide a copy of this Order to plaintiff and to the Honorable John C.

Coughenour.

        DATED this 24th day of July, 2018.


_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge